# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| | |
|---|---|
| GEOFFREY. S. Pironti<br>Pro, Se<br>_____<br>**Plaintiff(s)**<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br>Town of Milford et, Al<br>see Attached<br>_____<br>**Defendant(s)**<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br>CerTIOrARI<br>Jury Trial: *(check one)* ☐ Yes ☒ No<br>28 USC 1331  28 USC 1361<br>MEMORANDUMWMANDUMS<br>Testificandimus, iN The<br>Form of A TORT CLAIM<br>cHapter 96. RICO Act.<br>MANdamus + oTher<br>42 USC §1983 |

## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | GEOFFREY S. Pironti 0062657 |
| Street Address | 5 Paul X Tunan Drive |
| City and County | West Boylston |
| State and Zip Code | MA  01583 |
| Telephone Number | N/A |
| E-mail Address | N/A |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
  Name                        ReT Judge LEAh W. SPraguE
  Job or Title (if known)     _____
  Street Address              _____
  City and County             _____
  State and Zip Code          _____
  Telephone Number            _____
  E-mail Address (if known)   _____

Defendant No. 2
  Name                        ATT- CHarles D. Boddy esq
  Job or Title (if known)     Town of milford
  Street Address              Town Hall
  City and County             52 MAIN St Room 16
  State and Zip Code          milford  mioolsex
  Telephone Number            01757
  E-mail Address (if known)   508-634-2302

Defendant No. 3
  Name                        william E KingKaDe JR
  Job or Title (if known)     CHAirman  Town of milford
  Street Address              Town Hall 52 main St
  City and County             milford MA  mioolesex
  State and Zip Code          MA, 01757
  Telephone Number            508- 473-0020
  E-mail Address (if known)

Defendant No. 4
  Name                        JANE DOE/JhoN DOE
  Job or Title (if known)     Clerks office
  Street Address              milford District Court House
  City and County             milford  mioolesex
  State and Zip Code          MA      01757
  Telephone Number            _____
  E-mail Address (if known)   _____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 5
- Name: MARK Clifford esq
- Job or Title (if known): ATTourNey.
- Street Address: 291 main Street
- City and County: Milford    Middlesex
- State and Zip Code: MA          01757
- Telephone Number: 617- 501- 0411
- E-mail Address (if known):

Defendant No. 6
- Name: DAN Doyle
- Job or Title (if known): ATTourney
- Street Address: 61 main St Suit 9
- City and County: BlAckstone
- State and Zip Code: MA    01757  01504
- Telephone Number: 508 - 883 - 1130
- E-mail Address (if known):

Defendant No. 3
- Name: PATriciA Webber
- Job or Title (if known): Ret ATTourney    LAst KNow ADDres:
- Street Address: 35 main St    7 Sold Bld
- City and County: Milford  MA    Middleses
- State and Zip Code: MA,    01757
- Telephone Number: LAst KNOWN 473 -1784 or 1184
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

REASONS FOR DEFENDANTS
IN CASE

DEFENDANT(1) Ret. JUDGE LEAh W SPRAGUE
INVOKED AND Ignored ON 5-17-93- PLAINTIFFS PLEAS
AS ON TAPE PLAINtiff Refuted OUI'S QUINCY,
2 OUI's Pending Milford, Probation, DRUG CHARGE
MANUFACTURED Also Stated to Judge PLAINtiff IM
Already Incarcerated ON 10 year Concord SENTENCE
for OPEN OUI'S IN Milford MA Both PENDING
Also ON 5-28-93 INVOKE AN Illegal Probation
Violation with AN Illegal ON AND AFTER.

DEFENDANt(2) TOWN OF MILFORD DUE to
THE TWO OR MORE DEfENDANTS STATEd IN
COMPLAINT Are Police officers Hired By THE
TOWN OF MILFORD. MA 01757 HAVE PERFORMED
CRIMINAL ACTS AGAINST PLAINtiff AS Been Set.
Forth in PLAINtiff COMPLAINt The TOWN is
LIABLE for Thier ACTIONS.

DEFENDANt(3) WILLIAM E KINGKADE JR.
KNOWINGLY CONSPIRED with Brother AND
Robert PAVIA AND CLERKS AND NEWS PAPER'S
OTHER DEfENDANTS CAUSING PLAINtiff LOSS AND
ireversABLE DAMAGES AS Set Forth in COMPLAINt
CRIMINAL ACTS. AND Civil ALONG with Police
officers. ect et Al For years As will SHOW
MOTIVE in COMPLAINt.

DEFENDANt 6 PATRICIA WEbber Retired ATTOURNEY
WITNESS. to LEhA W. SPRAGUE 5-17-93 ACCOUNTS
STATEd in COMPLAINT PLAINtiff INTERJECTED ReFuted
WITNESS 5-28-93 Illegal SENTENC PLEA AGREEMENT
All MILFORD DIST. COURT HOUSE ALSO WITNESS to
WARREN A. Powers Ret JUDGE HEARING WHEN PLAINtiff
GAVE ORAL TESTIMONY ON TAPE. IN Re to EXHIBIT(1)
BEING RECITED THE ORAL WITNESS to WHAT TRANSPIRED
ALSO Her LAWYER PRESENT for COMPLAINt,

DEFENDANT (4) JANE DOE / JHON DOE clerks office Milford District Court House NAMES Are stated IN Complaints And Pointed out Alterd Documents As stated in COMPLAINT IN Re to 2007 Drug CHArge Altered green sHeet. But untill All All plaintiffs Documents ORIG Files From Court House Are properly Inspected By specialists For Age of PAPer, Age of INK TYPe of PAPerus. HAND writing unless The FAct That All my MOTIONS And Requests were Ignored is Enoughf to use There NAMES Ill Do So If Allowed to

DefendANt (5) MARK Clifford ATTourney Public DefANDer see The EXHibit, 5 Letter Sent to mark Clifford see EXHibit (2) FAX DATeD 12-18-18 He Recived He DefendANt was well AwAre of This First Complaint AFFidAvit EXHibit (1) And claimed to Try to help. All He Did was Ignore Scupatory Evedence And Did Not PerForm A Proper Suppression Hearing As clearly my FAX. Alone was Evedence TApe 711 witness was Also AwAre of The Foolishness with False warrants. Milford P.D. Cooking for me ect Did NOTHING. But cAuse me HArm DUE TO The Size OF The Bigger Picture That He wanted to get AWAY From Because of His Brotherhood. So Defending me WAS NOT importANt. As As SOON As He passed Suppression Hearing And Did NOT obTAin TApe 711 witness Nor Ask Questions Like The FAceTimeing with Trooper Bosworth And Det Kincade Milford P.D. Nor Did He obTAin phone Records terrAts ect TApes Nothing milberry P.D. StAte BAYrAcks TApes O.work. He SHould Be DisBAred it was very clear The Fruits Of The Poisonous Tree was There. And He Raw The other WAY. I stated to Him 5-17-93 5-28-93 too MANY Times Judge Powers Leha SPause He Left me to The wolves

(6)

DEFENDANT DAN Doyle. Clearly From The one visit he MADE And I EXPLAINED to. Him The Situation He Stated As. IN COMPLAINT But The meer Fact That The EXHibit ~~written~~ Plaintiff HANDED Him EXHibit (22) cast eight Pages Letter ADDRESSED to WARREN A Powers Re ongoing injustice. From PARAGRAPH 10. TO 14. IN COMPLAINT clearly SHows Some Form of Problem And DEFENDANTS DAN Doyl a Plaintiffs ATTourney Refused to contact WARREN A Powers Also Refused to UPON Going IN Front of JUDGE Lemire That DAY 9-3-19 TO Produce The letter IN my behalf ON My REQUEST Reguardless of His opinion wherefore He DID NOT Try to Stop. My LAST Ditch EFForts. AS I WAS Trying to REVisit PARAGRAPH 13 EXHibits (I) And (2) The Violation of Probation was A Roose.

PLAINtiff Requests Service of Process to Be WAived AS He Plaintiff only HAs 1,063.68 @ on His Books And could you SeND Me PAPers TO WAive Service of Process And Allow This COMPLAINT to be Filed AS I only HAve Till 9-3-20 TO Properly File As The 9-3-19. REASONS ON DEFENDANT 6. DAN Doyle Are The Proof OF The Fruits OF The Poisonus Tree He DEFENDANT CLEARly Ignored ALSO Probation IN UXBridge.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question or cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 28 USC § 1331   28 USC § 1361
MGL. IV. CHAPTER 271A 42 USC 1983 CHAPTER 96
RICO ACT.
See CAPTION ON PAGE 1 OF 5
CERTIORARI MEMORANDUM MANDAMUS TESTIFICAD AMUS
IN THE FORM OF A TORT CLAIM.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* GEOFFREY. S. Pironti   Pro Se , is a citizen of the State of *(name)* MASSACHUSETTS .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* TOWN OF Milford ETAL, , is a citizen of the State of *(name)* Milford MASSACHUSETTS . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Situation
with Relief

① This CASE involves ongoing issues AND to simplify it as best As Possible Ill start From The 2ND Last To most Recient issue As. Follows. To LAST issue on Paragraph 11. EXhibit(4) iN Exhibit (22) CJC 1,2. P-36 LAST 8 PAges. DATE 9-3-19

② I GEOFFREY.S. Pironti Address 5-PaulX Tiunan Drive WEST BOYlston MA 01583 Here in CAlled Plaintiff ON Dec,7,2018. Phaintiff WAS Pulled over By DEFENDANT State trooper Bosthworth. AT 7:11 iN milford MA Store.

g) UPON That Stop while in Custody The DEFENDANT State trooper Bosworth WAS FAce Timing me Plaintiff to DEFENDANT Dectective Kincade of Milford Police DepT. AT Aprox on or About 2:30 in The morning Dec.7,2018.

4. SHortly AFter That Stop I WAS IN Worcester Superior Court. on or About Dec.10.2018. The New Arrest False OUI 4Th And other issues Forced me To TAKE A Plea Agreement See Full Complaint. Attached. 42 PAGES.

5. ON or About Dec.18.2018 I Realized what And who The Officer DEFENDANT State Trooper Bosthworth WAS FAce Timing me with DEFENDANT KINCADE Detective Milford Police DepT. See Full AFFidAvit with EXHibits in Support of This Complaint. EXHibit (2) FAX

6. Thus begins what Plaintiff Thought would be A Simple MOTION, FAX, EXPlAiN to DEFENDANT MARK Clifford The Situation And be ABle to Re Visit A Preserved MOTION see EXHibit (1) Stamped Recived May 29, 1998. This iN Full AFFidavit iN Support of Complaint That is Notorized AFFidavit. With EXHibits NOTE Notorised AFFidAvit is 42 Pages It Reflects WARREN A Powers ORAL Testimoney From EXHibit(1) Hearing on or About 5-28-98 - 9-12-98. Then The Rest of Cronabzy To Present DATE. EXHibit A 42 PAges Notorised Affidavit

7. IN The MOTION to The Court PAGE 2 of FULL complaint is A List of EXHibits AND A Cronology OF EVENTS AS IN Paragraph 6. A Preserved MOTION see EXHibit (1) HAS A DATE Recived And Also AN ENTrie SHeet. SHows whats HAPPEND With MOTION. ?stamped Recived DATE MAY, 29, 1998 7 Pages.

8. UPON This Honorable Court Reading This Full complaint Cronology With EXHibits This Honorable Court Will HAVE A Better understanding of what Has TransPired HeRe. UP To EXHibt 200. 21

9. UPON Plaintiff's False Arrest on JULY 24. 2019 Plaintiff SPoke to Defendant DAN. Doyl ATtourney UXBridge District Court. As Plaintiff's New Arrest WAS A Violation of Probation Plaintiff EXPressed The ISSUES WITH The Police, The Oui's The All EXPressed IN Full COMPLAINT With AFFiDAViE And EXHibits 200. 20

10. DEFENDANT DAN Doyle Statrd Relax I'll Come UP To See you And we Will Sort This out I EXPressed That DEFENDANT MARK Clifford Previous Plaintiffs Attourney WAS Aware of The Problems with Police And Could EXPLAIN to you better.

11. UPON Returning to UXBridge Court House on 9-3-19 Plaintiff HAD EXHibit (8) Pages TO ReT JUDGE WARren Powers RE: ONgoing INJUStice This is EXHibit (4) IN 2nd CJC Complaint to EXecutive Director. NOW EXHibit (22) Full CJC. 1, 2.   36 Pages LAST Eight Pages of EXHibit (22)

12 Plaintiff Requested Defendant DAN Doyl to
Please Read And Contact Retired Judge warren
Powers As Plaintiff was UNAble to Contact
Him warren Powers As statrd IN Full Complaint

13 Phaintiff Pleaoed with DefeNDANt DAN Doyle
Plaintiff Stated I want you to give The Letter
to Judge lemire Then So He can understand
whats goins oN Here And Possibly give me
A Break So As to understand my Situation
That Plaintiff was Trying to Re Visit ⬛ EXHibiE(1)
EXHibit(2) coNfirms issues.

14. Plaintiff Seen DefeNDANt Jhon DOE Probation
office who maoe comment you will Be BACK
IN Jail IN 4 moNtHs Plaintiff Asked Him to
Read it And give it To The JuOge Lemire He
DefeNDANt maoe A Remark ABout DealiNg Drugs
to me ᴘʟᴀɪɴᴛɪꜰꜰ And walked of Later to Return And
Stated Im Not givins The letter to Juoge
Lemire .

15. Read The EXHibit ᴛᴏ to CJS 2nd Complaint
with The First Complint it EXPLAiNs whats
TRANSPiriNg with All The Courts. IgNoriNg
motioNs, Requests ect. to Date I Plaintiff
HAve Not BeeN Contacted By CJC. oN
The First. Complaint Filed , Thus The
SecoND one is goiNg out Certified
August 26-2020 EXHibit (22)

16. Now That This Honarable Court is up to Speed on All The Courts Milford, Uxbridge, Worcester not Responding To motions, Properly Stamping Recived And Replying to Plaintiff As Phaintiff is explaining The Injustices And were Evedence is He is looking For. to Finish His Complaint He Started So As to Properly Have Closure. Due To Newly Discovered Evedence.

17. See Exhibit (23) 11 Pages Dated 5-4-20 ^RE Request For Documents on Following Cases Dates, Minutes, Transcripts Tapes, Oral Arguments. ect. 3 Page's 1st Letter Second Lette 3 of 3 Another Cover letter to Clerk Defendant Debbie Bonvino 2 Motions Affidavite in Support 2 Pages 2 Page expedited Motion to withdraw guilty Pleas And For New Trial. 1 copy of Envelope 10 Stamps 49 Pages 5-4-20 To Defendant Debbie Bonvino Zero Replied On.

18. See Exhibit (24) Laurel Singer Councel For Docket # 1866-Cr-000004 000081 There was Some Discrepecies in Re To Affidavite For Plaintiff That Laurell Singer Wrote up, I Was Not in Agreement At All with it

19. Also See Exhibit (24) There Are only 2 ouis From 1992 Dockets. In The memorandum Laurell Singer States See Exhibit #1 Copy of Criminal Docket 1992 Cr 0042 But its Missing From Documents Sent. This Docket # 1992 Cr 0042 1st Offence, Dated Jan 13, 1992. On or About.

20. Also Exhibit(20) See Exhibit(2) Copy of Criminal Docket 1992-cr001463 Dated June 29 1992 on or About. Also not in Documents Sent Both of The Exhibits She Laurell Singer Has Refered to in Her Memorandum.

21. Upon Calling Laurell Several Times in Reguards to Affidavit and Exhibits I Asked her why There Not In my Copys of What you Have Filed with The Courts Laurell Stated There only The Criminal Docket Sheets. I Stated But I Did Not Plead guilty on Nov. 2. 1992 I Stated I clearly Stated In my full Complaint That is Under Appeal The Dates 5-17-93 - 5-28-93. This was The Day Befor Trial - 8-13-20 was Trial So It was 8-12-20 Evening Time.

22. On 8-13-2020 Plaintiff went to Video Court And went Through The Proceoures As it was Hard to hear And see what was going on So Basicly I Kept Quiet And Heard Bits And Pieces of what was Being Stated As The Judge Stated He would Take The Motion under Advisement And Decide later on.

23. In Full Complaint Exhibit(11) - 5 Pages notice of Assignment of Counsel Defendant.. Patricia Webber 5-28-93 Next Court Date , Released marked Altered Documents Larkin was I Belive Retired. 5-17-93 - 5-28-93 Counsel was Present At Both Dates Also Leah.W. Sprague esquire Presiding Justice At milford Defendant

24. Defendant Retired Judge Leah W Sprague on 5-17-93 upon Plaintiff Clearly Intersecting Defendant Patricia Webber And Clerk From Making Next Court Date As Seen on Cronology Report Exhibit (10) Certificate of Discharge 5-17-93 Shows Milford District Court - on mitt Date 6-7-93 But I cut in Plaintiff

25. Next Date is 5-28-93 - Defendant Judge Leah W Sprague Eccepts My Plea Agreement As Stated in Full Complaint.

26. Clearly Looking At All Exhibits (20) (20) 23 Reading Complaint And All The Certfied letters Requesting Documents From Defendants, Probation clt lefs ect. It is Clear That I Refuted On 5-17-93 Open Drug Case, Probation, And Out in 1987 Quincy Mass. As stillon My B.O.P. As 1st offence. As its on Tape Transcripts. On 5-17-93

27. It is Clear That There Are Tapes Transcripts For 4-22-91 Worcester Superior Court House Judge Travers. It is Clear That There Was A Treatment Plan From Spectrum Residentia Program 155 Oak St Westboro MA, Recited to Judge Travers That Plan Was 18 months As Travers Agreed To.

28. It is Clear That Judge Larkin Remanded Plaintiff IN The Custody of Program Detox Secured treatment Center ON-2-4-91. Belmont St Worcester MA. See Exhibit (11) Docket Entries Released Based on Entrie INTO Hospitality House That Date Was 2-4-91 Alterd Document. No Date ? Remaded NotReleased

30  It is Clear That on Transcripts Judge Travers clearly stated Against my Better Judgement IM Going to Allow The Treatment PLAN Stated If you get in Trouble Anything I will Impose The 10 year Concord Sentence. Transcripts Tapes 4-22-91

31  It is Clear That The District Attourney That DAY was upset Threw itis Folder in The Air stated He close ite in milford And Hers Doing it here. Getting Probation. I Reported to Probation went Back to Spectrum. Transcripts Tapes 4-22-91

32. It is Clear That on 8-16-91 There is A charge of Larceny of A Motor Veichle And Burning of Personal Property This charge was Dismissed Along with Poss. of Manufactured Cocain. By Judge Larkin in Full complaint.

33. AS if It was Not Dismissed As stated In Full complaint Plaintiff would Have Been In Concord state Prison And Never HAD The OUI charges still on BoP As guilty not True.

34. Clearly By The R.M.V. Record And what Reflects on The R.M.V. And The TRUE OUIs False Stops Are First Stop on 9-4-92 This was Done From Officer DEFENDANT Gresnier The officer who Filed FALSE - 8-16-91 charges of Larceny MV And Drug Case So Judge Larkin CAlled My P.O. in Worcester. Explained in Full complaint See Exhibit(27) RMV Report 3-19-2020 1:35 Page 16-17 600570 Report. 10-29-92 Requester milford 570689 Report 9-4-92 Requester milford PD. Only Two in 1992. WARREN A. Powers Seen on Day of ORAL Testimony From Plaintiff on Exhibit(11) withdraw guilty Plea Tape

35  Shortly After That As stated By Plaintiff
with warren A Powers Tapes Transcripts ON
10-29-92 The Second False Stop This
was Failure to Perform field Sobriety test
By Defendant Tehernan. Powers stated in
session I See the RMV stops now.

36. So Plaintiff States From 2-4-91 To
9-4-92 is Time still Remanded to Program
And Still Doing The Treatment Plan or Plaintiff
would Have Violated if Diverted From Treatment
Plan. total is 19 months .credit .Plus.

37. it is clear That Defendant Leah W. Sprague
was Not Aware of The issues with Defendants
Sister And Just going By what The Probation
Department, And District Attourney were stating.
Never The less false OUI stops Invoked A 10
year Concord Sentence DUE to Police officers
Sister Being Assaulted AS Stated IN
Plaintiff Certified AFFidavitt And Recited
with warren A Powers, with Defendant Patricia
webber Present with her Councel That DAY.
I was Allowed Plaintiff to Preserve The
Motion To withdraw guilty Plea And Proceed.
AS All I was missing was The Name of
The Police officer (sister Assaulted)

38. Thus From The False 4th OUI Stop Face Timed
From Defendant Bosworth state trooper
To Defendant Detective Kincade And The
Full Complaint AFFidavitt certified It is
clear The Plaintiff is now Seeking Closure

39  wherefore The Exltibit 8 Pages iN PaRagRaph
11 on 9-3-19 EXpressed issues About oui And
Preserved moTion And Stated The DeFeNDANTS HAve
ReveALed ThemseIfes CLeArly If DAN Doyle
DefenDANT MADe The EffoRt to ContaCt wARReN
A PoweRs Retired Juoge.  9-3-3  9-3-19

40.  Plaintiff CleaRly KNows That waRReN A PoweRs
would NeveR foRget whaT TRansPired That
DAY iN His foRum To Plaintiff Thus DUE
to The magNaTude of DefeNDANTS Being
EXPosed Plaintiff was oveRlooked By OTheRs
As it is veRy CleaR HeaR JUSTiCe MAy NoT
HAve Been SeRved PRoPeRly Thus This LAST
Ditch EffoRt By Plaintiff to  StoP The
DefeNDANTS wAs IgnoRed.  9-3-19

50  CleaRly The FRuiTs FRom The Poison's
Tree ReflecT BacK to The Begining of
The ongoing INJUSTice That The Plaintiff
WAS NoT EveN AwaRe of untill PaRcially
iN 1998 with waRReN A PoweRs  As Recited
iN Full ComPlaint Plaintiff is ReLiving
moRe iNJuSTiCes FRom These PaRTies DefeNDANTS
As CleaRly Layed out iN This ComPlainT.

51  whereFoR The Plaintiff HAS EXAusTed And
TRyed to Re oPeN, AND Requested ExHibits
DocumenTs Revise Revoke, Rule 30 iN
woRcesTeR with No AvAiL HAs NO OTheR
Recorse.

52 Plaintiffs only option is This memorandumus, mandamus Testificadimus in the form of a Tort claim certiorari Rico Act.

53. Plaintiff Sent in documents to worcester to withdraw guilty Plea as There is an Open Revise & Revoke Plaintiff Properly Filed See Exhibit(26)Docket Entries 10-24-19 # 1765-cr001674.

54. Plaintiff Sent 3 Letter Certified Dated 1-19-20 Tracking # 7009341000198517551 5 Pages Simple Requests Effortless Responces as Im unable to call Requested Address for TeshIVIA williams got Half Address Then Case worker moved off Block - See Exhibit(25)

56. Plaintiff states. That what Has Transpired is Far From Civil as it is Criminal Just The Fact That Plaintiffs Court House Record Has Been Seriously Altered, BOB improper, Several occations as stated Proven. Fact. Exhibit 42 Page Affidavit

57. Clearly not Possible to Have The Dates For OUI's That Are on Alterd Documents Due to Strict Superior Court Treatment Plan That was Recited Upon Sentencing on 4-22-91 with Judge Travers By Ted Harris Plan Clearly written into Probation terms with James T Butcher Supervisor at That Time. No Reply for Record Exhibit (25) Exhibit Request for Treatment Plan Transcipts clearly Recited Also Spectrum Exhibit(9)' No Replys

58 It is Clear From EXHibit (26) Docket Sheet Last ENTRie 10-24-19 Motion to Revise And Revoke. It is Clear From EXHibit (22) EXHibit 22 To Executive Director of Judicial Conduct. EXHibit (3) Dated 4-30-2020 cover letter Requests worcester to Amend to Rule 29b Revise + Revoke

59 Further Reading Page 2 States Shows certified Mail Track # 7009-3410-0001-9851-7452 That is The Full Complaint Affidavit 42 Pages Plus Affidavies in support. Plus Affidavitt in support of Rule 30b 8+6 Pages ect Proof Court House is Not Responding where For Im A Prisoner Against My will due to The Defendants Crimes As it is Clear 1600 Dollars was Doled out to Defendant victim Alleged in stated case. That Case was Invoked From False Frivelous stop By Defendant Stat Trooper Bosworth. on 12-7-18.

60 It is Clear in EXHibit (26) That The First CJC-complaint is under Appeal See EXHibit (29) 14 Pages Appeal enclosed Clearly mailed to Defendant Debbie Bonvino Clerk Milford Dist Court.

61 Upon This Appeal Sent EXHibit (29) 14 Pages There was An Appeal to The CJC. in Re to Appeal Thus The Reason For Laurel singer Plaintiff Attorney to Leave out The Items EXHibits in Paragraphs 20.21.22. What Plaintiff is Pointing out is The Milford Court is Trying to Satisfy The CJC-Complaint on Warren Powers case to Re open and Acting like They Have honored My Motions That were uN Anscred.

66. Clearly The Reasons why Im Filing This civil Complaint, as it is clear IN my Affidavit Notorized 42 Pages what Transpired where Fore The Tapes on Warren A Powers needs to be Produced on Tho Docket From The Exhibie 1 in Complaint Preserved oral Testimony is on Tape From Plaintiff in Re To All That Transpired as Poo Pointing out in This Complaint From Plaintiff on Defendants Actions ongoing -

67. Clearly to Resolve These grave matters The Plaintiff is Requesting This Honorable court to OBTAIN The Plaintiff Complete Records of All cases orig, copy Documents to Reasurch The Alterd Documents as They Are Not of Correct Paper or Ink or orig Anymore

68. Plaintiff is Requesting An Examiner of Documents to Qualify The orig Dockets in BOP All of Plaintiff To See what orig and whats Not clearly The state Has A Phorensic Specialist to test Paper For Ase, Ink, Type set Hand writing.

69. It is Clear This Has gone on To Cong Plaintiff Is Also Requesting Ret. Judge Warren A Powers to be contacted In These matters As He Stated He was going to Send A copy of Exhibit (I) To Judge Leha Sprauge on That Day with Patricia Webber attorney Her Attourney That recited Plaintiff oral Testimony in These ongoing matters.

70. It is Clear The Court House Milford District Clerks office is Trying to Stop Plaintiff From Proper Mandamus with Leha Sprague Ret Judge By Altering Documents. Clearly stated in Paragraphs 20. 21. 22. As I Have Reason To believe That The Decision is Baced on 9-3-19 to Deadline of This Claim 9-3-20 Clearly Re inforces Plaintiff Claims.

Plaintiff is Requesting All Plaintiffs Exhibits And Requests From All Certified Mail, to Courts, Prob. dept. ect All Be ordered to Produce Requests under The Freedome of Information Act This Honorable Court Examin All of My Exhibits And Enforce The Law As It Is Clear what Happend.

71 Defendants Have Clearly Broke The laws here As A Lay Person can clearly see. Plaintiff is Seeking Justice in These grave MATTERS AS No one SHould go Through what Has gone on Here Plaintiff is Requesting to be Released As he Plaintiff was Then A Prisoner Against His will And is Now Suffering The SAme exact Process These Partied DID 30 years Ago Clearly The Records That Are IN Plaintiffs Folder Are NOT 30 year old PAPer INK Typeset Altered Beond A Resonable Doubt AS First Hand Plaintiff Seen with 2007 Drug cHarge Alterd From NOT Guilty to Guilty 2012 5 yeArs later, IN Full COMP

Prayers for Relief

72 Plaintiff Requests This Honorable Court to All The Statuts for DAMAGES to be what 1998 Allowed And That All Parties Deemed Defendants That Have caused Plaintiff HARM Are Not Protected UNder The NEW CAP ON MONATARY DAMAGES. ect.

73 Plaintiff is Requesting Compensation For Loss of Freedom 5 year.11 months DAMAges For Legal fees costs Fileing All Probation Fees Be Reemburst, DAMAGes For Storage SHop, AS There Are Arears IN Rent for All Plaintiffs Property Loss of FAMily ect Loss of House. And New CHArges Be Droped Record corrected.

74 Plaintiff is Seeking 20,000,000 DOLLARS For DAMAGES And what Ever The Court Deems NessAsAry Plaintiff Feels Its Justifyable ENTER A JuDgement Against Defendants IN FAVor of Plaintiff AS Plantiff HAS Proved Plaintiff CASE ALSO

75   AS UPON WARREN A POWERS CLAIMING STATING ON TAPE THAT WHAT PARTIES DEFENDANTS DID THEN WAS CLEARLY NOT CIVIL AND CRIMINAL AND PEOPLE COULD GO TO JAIL FOR WHAT WAS DONE TO Plaintiff STATED WITH PATRICIA WEBBER AND HER LAWYER PRESENT AT THE TIME AND to COME BACK AND CAUSE MORE HARM to Plaintiff. NEVER STOPING AND BEING IN OFFICAL POSISTIONS CONSTITUTES A CORUPT FEW IN THE TOWN ORGANISATIONS, AND THESE OTHER PARTES WHO FAILED to RELEASE VIDEO TAPES 711, CVS DUE TO THE ARTICLE IN TOWN CRYER THAT MERCHANTS DO NOT RELEASE ANY VIDEO TO A REQUESTER UNTILL THE POLICE OR COURT HOUSE OK'S IT. FACT PRINTED IN TOWN CRYER, M.D.N ON OR ABOUT 2016. 2015. SEE EXHIBIT (16) LETTER SENT REQUEST.

## CONCLUSION

Plaintiffs CERTIORARI MEMORANDUMUS MANDUMUS TESTIFICANDUMUS, IN THE FORM OF A Tort CLAIM CHAPTER 96. RICO ACT 42 USC § 1983 28 USC 1331 - 28 USC 1361 MANDAMUS & OTHER. ( AWARD ) CORRECT THE Illegal SENTECES DISMISS THE OPEN CASES FRUITS of THE POISINUS TREE

ALL COST AND EXPENCES of THIS ACTION
ALL Plaintiff Pro Se, ATTOURNEY FEES UNDER 42 USC 1983
PARAGRAPHS 72. 73. 74. ANY OTHER APPLICABLE LAWS AND GRANT SUCH OTHER FURTHER RELIEF AS THIS COURT CONCIDERS JUST AND PROPER

Respectfully
Submitted.
GEOFFREY. S. Pironti
0062657 MINI 5 # 2
WEST BOYLSTON MA 01583
5 PAUL X TIVNAN DRIVE

DATE AUGUST 27-2020

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     *8-27-20*

Signature of Plaintiff        *Geoffrey S Pironti Pro Se*
Printed Name of Plaintiff     *GEOFFREY. S. Pironti  Pro Se*

### B.      For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Street Address            _____
State and Zip Code         _____
Telephone Number          _____
E-mail Address            _____